257 So.2d 432

**Robert A. BOURE**

**v.**

**NEW ORLEANS PUBLIC SERVICE, INC.**

**No. 52160.**

Feb. 14, 1972.

In re: New Orleans Public Service, Inc. applying for Certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 255 So.2d 776.

Application denied. On the facts found by the court of appeal, the judgment is correct.